1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   Amy B. Cleary
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  Amy_Cleary@fd.org

6  Attorney for Darwin Rice

7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11 United States of America,

12                Respondent/Plaintiff,        Case No. 2:98-cr-00207-GMN-1

13       v.                                    **Stipulation to Extend Deadline for**
                                               **Sixth Joint Status Report**
14 Darwin Rice,

15                Petitioner/Defendant.

16

17       The parties jointly request that the Court grant an extension of time to file

18 the sixth joint status report due today, January 25, 2021, for the following

19 reasons:

20       1.       On September 30, 2019, this Court granted Defendant Darwin

21 Rice's motion to stay these proceedings pending the Ninth Circuit's decision in

22 *United States v. Monico Dominguez,* No. 14-10268 (9th Cir.), which was expected

23 to address whether Hobbs Act robbery qualifies as a crime of violence under the

24 elements clause of 18 U.S.C. § 924(c).  In April 2020, the Ninth Circuit issued

25 *United States v. Dominguez,* 954 F.3d 1251 (9th Cir. 2020), holding that both

26

completed and attempted Hobbs Act robbery qualified as crimes of violence under 18 U.S.C. § 924(c)'s elements clause.

2. The parties have provided joint status updates, and the Court has continued the stay pending final resolution of the *Dominguez* case in the Ninth Circuit. ECF Nos. 49-59. Most recently, the Court granted the parties' joint request for a stay pending the outcome of Mr. Dominguez's expected petition for a writ of certiorari with the Supreme Court and directed the parties to file a joint status report every 90 days beginning January 25, 2021. ECF No. 59.

3. It is the parties understanding that Mr. Dominguez has filed a petition for writ of certiorari. However, the petition has not been docketed by the Supreme Court. Therefore, the parties request the Court extend the due date for the sixth joint status report by 14 days, which will allow the parties time to review the petition once it is docketed and provide the Court with their positions.

Dated: January 25, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: */s/Amy B. Cleary*<br>Amy B. Cleary<br>Assistant Federal Public Defender | By: */s/Elizabeth O. White*<br>Elizabeth O. White<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Darwin Rice,<br><br>    Defendant. | Case No. Case No. 2:98-cr-00207-GMN-1<br><br>**Order Granting First Stipulation to Extend Deadline for Sixth Joint Status Report** |

Based on the stipulation of counsel, the Court finds that good cause exists to extend the deadline for the sixth joint status report currently due January 25, 2021.

**IT IS THEREFORE ORDERED** that the parties have until February 8, 2021 (14 days), to file the sixth joint status report.

DATED: January __25__, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**Certificate of Service**

I certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail: Mr. Darwin Rice.

          */s/ Marlene Mercado*
          Employee of the Federal Public Defender